SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Numeriano P. Inumerable (SBN 144076)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff,
COLTON BRYANT

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLTON BRYANT,<br><br>        Plaintiff,<br><br>    vs.<br><br>NEXT LEVEL TINT LLC; ROB-HO PROPERTIES INC.; and DOES 1 to 10,<br><br>        Defendants. | **Case No.: 2:25-cv-09667-AJR**<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

    Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Attorneys for Plaintiff COLTON BRYANT ("Plaintiff") and Defendant ROB-HO PROPERTIES INC. stipulate and jointly request that this Court dismiss the above-captioned action, *with* prejudice, in its entirety.  Each party shall bear his/her/its own costs and attorneys' fees.

\\

\\

\\

\\

\\

JOINT STIPULATION FOR DISMISSAL

\\

Respectfully submitted,

DATED:  January 21, 2026          SO. CAL. EQUAL ACCESS GROUP


By:      */s/  Jason J. Kim*
         Jason J. Kim
         Attorneys for Plaintiff


DATED:  January 21, 2026


By:      */s/  Dominic J Trutanich*
         Dominic J Trutanich, Esq.
         Attorneys for Defendant
         ROB-HO PROPERTIES INC.

### Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Jason J. Kim, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.


Dated:  January 21, 2026          By: */s/ Jason J. Kim*
                                      Jason J. Kim

JOINT STIPULATION FOR DISMISSAL